# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| VELISA JOHNSON-WALKER,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDRE AGASSI COLLEGE PREPARATORY ACADEMY,<br><br>        Defendant. | 2:17-cv-00674-RFB-CWH<br>**ORDER** |

Before the Court is Defendant's Emergency Motion to Continue Early Neutral Evaluation Session (ECF No. 12).

Defendant states that Plaintiff's counsel has no opposition to the instant motion. *Id* at 2.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Emergency Motion to Continue Early Neutral Evaluation Session (ECF No. 12) is GRANTED.

The Early Neutral Evaluation session scheduled for August 2, 2017 is rescheduled to 10:00 AM, September 5, 2017. Any supplements to the confidential statement are due August 29, 2017. All else as stated in the Order scheduling the Early Neutral Evaluation session remains unchanged. (ECF No. 6).

DATED this 31st day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE