LISA A. MCCLANE
Nevada State Bar No. 10139
DIONE C. WRENN
Nevada State Bar No. 13285
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
lisa.mcclane@jacksonlewis.com
dione.wrenn@jacksonlewis.com
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Andre Agassi College Preparatory Academy*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VELISA JOHNSON-WALKER, an individual<br><br>Plaintiff,<br><br>-vs-<br><br>ANDRE AGASSI COLLEGE PREPARATORY ACADEMY,<br><br>Defendant. | CASE NO.  2:17-cv-00674-RFB-CWH<br><br><br><br><br>**STIPULATION AND ORDER TO ARBITRATE AND STAY PROCEEDINGS** |

This stipulation is entered into by the parties, Velisa Johnson-Walker ("Plaintiff") and Andre Agassi College Preparatory Academy ("Defendant"), by and through their counsel, with reference to the following:

WHEREAS, during the course of her employment with Defendant, Plaintiff entered into an agreement with Defendant to arbitrate all disputes arising out of or relating to Plaintiff's employment, or cessation of employment, with Defendant (hereinafter the "Arbitration Agreement");

WHEREAS, on March 7, 2017, Plaintiff filed a Complaint in the United States District Court, District of Nevada, styled *Velisa Johnson-Walker v. Andre Agassi College Preparatory Academy*, Case No. 2:17-cv-00674-RFB-CWH, alleging age discrimination under the ADEA and Nevada state law and retaliation under Title VII, ADEA, and Nevada state law, and (hereinafter the "Action");

WHEREAS, the claims alleged in the Action fall within the scope of the Arbitration Agreement;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant as follows:

1. The Action, in its entirety, shall be submitted to binding arbitration;

2. All proceedings in this Action shall be stayed and this Court shall retain jurisdiction over this Action pending the conclusion of the arbitration.

Dated this 10th day of August, 2017.

| LAW OFFICES OF ROBERT P. SPRETNAK | JACKSON LEWIS P.C. |
|---|---|
| /s/ Robert P. Spretnak<br>Robert P. Spretnak, Bar No. 5135<br>8275 S. Eastern Ave., Suite 200<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff*<br>*Velisa Johnson-Walker* | /s/ Lisa A. McClane<br>Lisa A. McClane, Bar No. 10139<br>Dione C. Wrenn, Bar No. 13285<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant*<br>*Andre Agassi College Preparatory Academy* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. District/Magistrate Judge

4822-6310-3564, v. 1