# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| VELISA JOHNSON-WALKER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDRE AGASSI COLLEGE PREPARATORY ACADEMY,<br><br>　　　　Defendant. | 2:17-cv-00674-RFB-CWH<br><br>**ORDER** |

This action has been stayed pending the parties' arbitration. (ECF No. 15).

Accordingly,

IT IS HEREBY ORDERED that the Early Neutral Evaluation Conference ("ENE") scheduled for September 5, 2017 is VACATED.

The parties may file a motion to reschedule the ENE, if this case is still pending after arbitration.

DATED this 31st day of August, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE