# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VELISA JOHNSON-WALKER, | ) |
| Plaintiff, | ) Case No. 2:17-cv-00674-RFB-CWH |
| vs. | ) **ORDER** |
| ANDRE AGASSI COLLEGE PREPARATORY ACADEMY, | ) |
| Defendant. | ) |

On August 11, 2017, the court entered an order granting the parties' stipulation to stay this case pending arbitration. (Order (ECF No. 15).) The court further ordered the parties to file a joint status report by October 10, 2017. (*Id.* at 2.) The parties have not complied with that order. The parties must file a joint status report by October 30, 2017. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: October 16, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**