# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VELISA JOHNSON-WALKER,<br><br>          Plaintiff,<br><br>vs.<br><br>ANDRE AGASSI COLLEGE PREPARATORY ACADEMY,<br><br>          Defendant. | Case No. 2:17-cv-00674-RFB-CWH<br><br>**ORDER** |

On August 11, 2017, the court entered an order granting the parties' stipulation to stay this case pending arbitration. (Order (ECF No. 15).) The court has ordered the parties to file various periodic status reports, the most recent of which was due on May 4, 2018. (Min. Order (ECF No. 23).) The parties did not file the court-ordered status report by May 4, 2018. The parties must file dismissal documents or a joint status report by June 8, 2018.

IT IS SO ORDERED.

DATED: May 18, 2018

                                                          _____
                                                          **C.W. Hoffman, Jr.**
                                                           **United States Magistrate Judge**